UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY M. SEIBEL; and MISSY M. PHELPS,<br><br>        Plaintiffs,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | C14-1973 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to dismiss, docket no. 16, is GRANTED in part, DENIED in part, and STRICKEN in part as follows:

    (a) With regard to Counts I through IV of the Amended Complaint, defendant's Rule 12(b)(1) motion is GRANTED, and defendant's alternative Rule 12(b)(6) motion is STRICKEN as moot. Counts I through IV of the Amended Complaint, docket no. 9, are DISMISSED with prejudice for lack of jurisdiction. *See* 42 U.S.C. §§ 405(h) & 1383(c)(3); *Weinberger v. Salfi*, 422 U.S. 749, 760-61 (1975); *see also* 5 U.S.C. § 701(a)(1); *Mich. Ass'n of Homes & Servs. for the Aging, Inc. v. Shalala*, 127 F.3d 496, 499 (6th Cir. 1997) (citing *Heckler v. Ringer*, 466 U.S. 602, 622 (1984)).

    (b) With respect to Count V of the Amended Complaint, defendant's Rule 12(b)(1) motion is DENIED. Plaintiffs Anthony Seibel and Missy Phelps have exhausted their claims of bias on the part of Administrative Law Judge ("ALJ") Ilene Sloan, and they have received "final decisions" from defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration

MINUTE ORDER - 1

("Commissioner"), with respect to their applications for social security disability insurance benefits and supplemental security income ("SSI") payments under Titles II and XVI, respectively, of the Social Security Act.  The Court has jurisdiction over plaintiffs' claims for judicial review pursuant to 42 U.S.C. §§ 405(g) & 1383(c)(3).

(c)     As to Count V, defendant's alternative Rule 12(b)(6) motion is also DENIED.  The Court is satisfied that plaintiffs have sufficiently pleaded a "plausible" ground for relief.  *See* *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  Whether a class could be certified in this matter and whether plaintiffs' remaining claims have any merit are questions for another day.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of August, 2015.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2